UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL W. BRADLEY,
    Plaintiff,

v.          Case No.: 3:15cv149/MCR/EMT

KRISTIN MESSER, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated June 11, 2015 (doc. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's federal claims against all Defendants are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B).

    3.    Plaintiff's state law claims are **DISMISSED without prejudice**.

    4.    The Clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 16th day of July 2015.

        _M. Casey Rodgers_
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**